**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **GORDON SALES, INC. d/b/a GORDON INC.** | **CIVIL ACTION NO. 1:25-cv-07103-MLB** |
| Plaintiff, | |
| **v.** | **JUDGE: MICHAEL L. BROWN** |
| **FRY REGLET CORPORATION** | |
| Defendant. | **JURY TRIAL DEMANDED** |

**GORDON SALES INC.'S MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Gordon Sales, Inc. d/b/a Gordon Inc. ("Gordon") moves this Court for an order granting leave to file its First Amended Complaint, a copy of which is attached hereto as Exhibit 1. Pursuant to LR 7.1, the points and authorities in support of this Motion are set forth in the accompanying memorandum of law. A proposed order is attached hereto as Exhibit 2.

Counsel for Gordon contacted counsel for Defendant to determine Defendant's position regarding the relief requested herein. Because the deadline for filing amended pleadings is today, Gordon is filing this Motion before receiving

#112068718v2

Defendant's position and therefore cannot represent whether the Motion is opposed or unopposed.

WHEREFORE, Gordon requests that this Court grant its Motion for Leave to File First Amended Complaint.

Respectfully submitted,

JONES WALKER LLP

Dated: July 15, 2026

*/s/ Neal J. Sweeney*
Neal J. Sweeney (Ga. Bar No. 694725)
Jack Mayo (Ga. Bar No.546911)
3455 Peachtree Road NE, Suite 1400
Atlanta, GA 30326
Tel:   (404) 870-7516
Fax:   (404) 870-7571
Email:  nsweeney@joneswalker.com
         jmayo@joneswalker.com

*/s/ Michael K. Leachman*
Michael K. Leachman (La. Bar No. 30158)
(admitted *Pro Hac Vice*)
Olivia G. Wolf (La Bar No. 40385)
(admitted *Pro Hac Vice*)
445 North Boulevard, Suite 800
Baton Rouge, LA 70802
Tel.:  (225) 248-2000
Fax:   (225) 248-2010
Email:  mleachman@joneswalker.com
         owolf@joneswalker.com

***Attorneys for Plaintiff Gordon Sales, Inc. d/b/a Gordon Inc.***

#112068718v2

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Michael K. Leachman*
Michael K. Leachman

#112068718v2