# EXHIBIT 2

#112070206v1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **GORDON SALES, INC. d/b/a GORDON INC.** | **CIVIL ACTION NO. 1:25-cv-07103-MLB** |
| Plaintiff, | |
| **v.** | **JUDGE: MICHAEL L. BROWN** |
| **FRY REGLET CORPORATION** | |
| Defendant. | **JURY TRIAL DEMANDED** |

---

## [PROPOSED] ORDER

Having read and considered Plaintiff's Motion for Leave to File First Amended Complaint and for good cause shown, it is hereby ORDERED that Plaintiff shall be granted leave to file its First Amended Complaint and that Plaintiff's First Amended Complaint is hereby deemed filed.

SO ORDERED, this _____ day of _____, 2026.

_____

MICHAEL L. BROWN

United States District Judge

#112070206v1