**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

GORDON SALES, INC. d/b/a GORDON INC.

Plaintiff

v.

FRY REGLET CORPORATION, NICHOLAS GREEN, AND PATRICK SULLIVAN

Defendant.

Case No. 1:25cv7103
Hon. Michael L. Brown

**ORDER ON JOINT MOTION TO EXTEND DEFENDANT FRY REGLET CORPORATION'S DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 6, the Court, upon the consent of the parties and for good cause shown, hereby GRANTS the parties' Joint Motion to Extend Defendant Fry Reglet Corporation's Deadline to Respond to the First Amended Complaint [Docket No. 43]. Defendants shall have up to and including September 28, 2026, to respond to Plaintiff's First Amended Complaint. Defendants shall also have up to and including September 28, 2026, to serve its Invalidity Contentions and Response to Plaintiff's Infringement Contentions.

SO ORDERED this 14th day of September, 2026.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE